IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00407-M-BM

| | | |
|---|---|---|
| JOE HENRY SNOW, JR.,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | ) | ORDER |

This matter comes before the court on the Plaintiff's brief in support of his request for review of the Commissioner's decision. DE 1, 9. Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), United States Magistrate Judge Brian S. Meyers entered a memorandum and recommendation ("M&R"), recommending that the court remand the case to the Commissioner for further proceedings consistent with the M&R. DE 14. To date, no objections have been filed.[1]

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear

[1] Judge Meyers issued the M&R on September 10, 2026. Objections were due to be filed no later than September 16, 2026. *See* DE 14. The motion and M&R were submitted to this court for disposition on September 17, 2026.

error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, the Plaintiff's request for reversal and remand [DE 9] is GRANTED, and this matter is REMANDED for further proceedings consistent with the M&R. The Clerk of Court is directed to close this case.

SO ORDERED this 25th day of September, 2026.

Richard E. Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE